**Christ Karaginas, appellee, v. John B. French, appellant. Gen. No. 27,994.**

Action for rescission of contract of purchase of store fixtures and for return of money paid thereon. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed March 13, 1923.

G. A. Buresh, for appellant. No appearance for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

**Leonard Koeber, appellee, v. Saint Paul Fire and Marine Insurance Company, appellant. Gen. No. 28,048.**

Action on automobile insurance policy for damages from collision. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William R. Fetzer, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed March 13, 1923.

Robert Branand, Jr. and Otto M. Hamer, for appellant. Gustav E. Beerly, for appellee; Ellis S. Chesbrough, of counsel.

Mr. Justice Morrill delivered the opinion of the court.

---

**Joseph H. White, appellee, v. Louis Freireich, appellant. Gen. Nos. 28,057, 28,058.**

Actions for rent under terms of lease. Motions to vacate judgment by confession. Motion denied. Appeals from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed. Opinions filed March 13, 1923.

David Y. Patlak, for appellant. Harold A. Fein, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

**Hugo Wilke, appellee, v. Merrill, Lynch & Company, appellant. Gen. No. 28,067.**

Action on account for purchase and sale of stocks. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. S. N. Hoover, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Reversed with finding of facts and judgment here. Opinion filed March 13, 1923.

Andrew R. Sherriff, for appellant. Joseph B. Lawler, for appellee.

Mr. Justice Morrill delivered the opinion of the court.